UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER JOHNSON                              CIVIL ACTION

VERSUS                                           NO: 11-2389

N. BURL CAIN, WARDEN                             SECTION: R

                                **ORDER**

    The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and adopts it as its opinion.

    Rule 11 of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Before entering the final order, the court may direct the parties to submit arguments on whether a certificate should issue." RULES GOVERNING SECTION 2254 PROCEEDINGS, Rule 11(a). A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); RULES GOVERNING SECTION 2254 PROCEEDINGS, Rule 11(a) (noting that § 2253(c)(2) supplies the controlling standard). In *Miller-El v. Cockrell*, the Supreme Court held that the "controlling standard" for a certificate of appealability requires the petitioner to show

---

    [1]    R. Doc. 12.

"that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] 'adequate to deserve encouragement to proceed further.'" 537 U.S. 322, 336 (2003). As discussed in the Magistrate Judge's Report and Recommendation, Johnson did not establish a "real, substantial and legitimate doubt" about his competency to stand trial. *See Wheat v. Thigpen*, 793 F.2d 621, 629 (5th Cir. 1986). This issue would not engender debate among reasonable jurists.

Accordingly, Christopher Johnson's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE. The Court will not issue a certificate of appealability.

New Orleans, Louisiana, this 14th day of August, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE